UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ELOISE T. WORMLEY,            )
                              )
      Plaintiff,              )
                              )
v.                            )
                              )   Civil Action No. 08-00449-CKK
THE UNITED STATES OF AMERICA, )
 et al.                       )
_____)

**MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING ON BEHALF OF THE DISTRICT OF
COLUMBIA**

Pursuant to Fed. R. Civ. P. 6 (b), the defendant, District of Columbia (hereinafter "the District"), hereby moves for an enlargement of time to file an answer or responsive pleading, up to and including July 11, 2008, and as grounds, therefore, state as follows:

1. On or about May 7, 2008, the plaintiff filed the above-captioned matter. The summons and complaint were received by the Office of the Secretary for the District of Columbia on or about May 13, 2008. An answer or responsive pleading may be due on or about June 2, 2008.

2. Devon Brown may also be represented by undersigned counsel in his capacity as Director of the District of Columbia Department of Corrections; however service has yet to be perfected on Director Brown, and additional time is required to respond to the complaint on his behalf.

3. The plaintiff's thirty-seven (37) paged complaint involves multiple parties and contains one hundred and ninety-two (192) paragraphs with numerous factual averments. Additional time is requested to coordinate a defense or response

with other defendants and their counsel.

4. The United States' responsive pleading is not yet due. The District requests an extension of time to answer or otherwise plead coterminous with the response date for the United States' defendants.

4. The defendant respectfully requests that this Court extend the time to file a responsive pleading to plaintiff's complaint to July 11, 2008.

5. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

6. This request is being made prior to the expiration of the prescribed period, and is for cause shown.

7. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including July 11, 2008, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

                                        Respectfully submitted,

                                        PETER J. NICKLES
                                        Acting Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

                                        ____/s/\_\_ Ellen Efros_____

ELLEN EFROS [250746]
Assistant Deputy Attorney General, Civil Litigation Division


/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov


**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on May 28, 2008, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion. Undersigned counsel was not able to reach plaintiff's counsel to obtain his consent.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOISE T. WORMLEY, | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) Civil Action No. 08-00449-CKK |
| THE UNITED STATES OF AMERICA, et al. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING ON BEHALF OF THE DISTRICT OF COLUMBIA**

In support of its Motion for Enlargement of Time to File Answer or Other Responsive Pleading, the defendant relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The lack of prejudice to the parties.

4. The record herein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/   Ellen Efros
ELLEN EFROS [250746]

4

Assistant Deputy Attorney General, Civil Litigation Division

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOISE T. WORMLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA )<br> et al. )<br>) | Civil Action No. 08-00449-CKK |

**ORDER**

Upon consideration of the Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, plaintiff's response thereto, if any, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That the District defendant's time to file an answer or other responsive pleading is extended up to and including July 11, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Robin E. Jocobsohn
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington D.C. 20005

Denise J. Baker
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001