UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
**ELOISE T. WORMLEY,**            )
                                                    )
       **Plaintiff,**                       )
                                                    )
       v.                                      )
                                                    )    **Civil Action No. 08-00449-CKK**
**THE UNITED STATES OF AMERICA,**  )
 et al.,                                        )
                                                    )
       **Defendant.**                      )
_____ )

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING ON BEHALF OF DEVON BROWN**

     Pursuant to Fed. R. Civ. P. 6 (b), the defendant, Devon Brown, Director of the D.C. Department of Corrections (hereinafter "Director Brown"), hereby moves for an enlargement of time to file an answer or responsive pleading, up to and including July 11, 2008, and as grounds, therefore, states as follows:

1. On or about May 7, 2008, the plaintiff filed the above-captioned matter.

2. Director Brown is represented by undersigned counsel in his capacity as Director of the District of Columbia Department of Corrections; however service was not perfected on Mr. Brown until on or about May 28, 2008 and additional time is required to respond to the complaint on his behalf.

3. The plaintiff's thirty-seven (37) paged complaint involves multiple parties and contains one hundred and ninety-two (192) paragraphs with numerous factual averments. Additional time is requested to coordinate a defense or response with other defendants and their counsel.

4. The United States' responsive pleading is not yet due. Director Brown requests an extension of time to answer or otherwise plead coterminous with the response date for the United States' defendants.

5. Director Brown respectfully requests that this Court extend the time to file a responsive pleading to plaintiff's complaint to July 11, 2008.

6. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order…."

7. This request is being made prior to the expiration of the prescribed period, and is for cause shown.

8. No party will be unduly prejudiced should the Court grant the requested relief.

9. Plaintiff consents to the requested extension of time.

For all the above-stated reasons, additional time up to and including July 11, 2008, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

    Respectfully submitted,

    PETER J. NICKLES
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    ___/s/    Ellen Efros_____
    ELLEN EFROS [250746]

                                          Assistant Deputy Attorney General, Civil
                                          Litigation Division


                                          /s/ Denise J. Baker
                                          Denise J. Baker
                                          D.C. Bar No. 493414
                                          Assistant Attorney General
                                          441 4th Street, Northwest, 6th Floor South
                                          Washington, D.C. 20001
                                          202-442-9887 (Telephone)
                                          202-727-0431 (Facsimile)
                                          Denise.baker@dc.gov


## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on May 29, 2008, the undersigned counsel contacted the plaintiff's counsel to discuss the relief sought in this motion by telephone. Consent was given to the relief sought.

                                        _____/s/_____
                                            DENISE J. BAKER
                                          Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**ELOISE T. WORMLEY,**             )
                                   )
       **Plaintiff,**         )
                                   )
       v.                     )
                                   )    Civil Action No. 08-00449-CKK
**THE UNITED STATES OF AMERICA,**  )
 et al.,                          )
                                   )
       **Defendant.**         )
_____)


**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR ENLARGEMENT OF TIME
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING ON BEHALF OF
DEVON BROWN**

In support of its Motion for Enlargement of Time to File Answer or Other Responsive Pleading, the defendant relies upon the following authorities:

1.  Inherent Power of the Court.

2.  Fed. R. Civ. P. 6(b)(1).

3.  The lack of prejudice to the parties.

4.  Consent of the parties.

5.  The record herein.

                        Respectfully submitted,

                        PETER J. NICKLES
                        Acting Attorney General for the District of
                        Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation
                        Division

    /s/   Ellen Efros_____
ELLEN EFROS [250746]
Assistant Deputy Attorney General, Civil Litigation Division

/s/ Denise J. Baker
Denise J. Baker
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-00449-CKK |
| THE UNITED STATES OF AMERICA ) | |
| et al. ) | |
| ) | |

**ORDER**

Upon consideration of the Consent Motion for Enlargement of Time to File an Answer or Other Responsive Pleading, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____ 2008,

ORDERED: That the motion shall be and the same is hereby granted; and it is,

FURTHER ORDERED: That defendant, Devon Brown's time to file an answer or other responsive pleading is extended up to and including July 11, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Robin E. Jocobsohn
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington D.C. 20005

Denise J. Baker
Assistant Attorney General

441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001