IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELOISE T. WORMLEY, )
 )
          Plaintiff, )
 )
v. )
 )   CASE NO.: 1:08-cv-0449 (CKK)
THE UNITED STATES OF AMERICA, et al. )
 )
          Defendants. )
 )

### Waiver of the Service of Summons

To:   Robin Jacobsohn
       Christopher R. Hart
       Matthew J. Peed
       WILLIAMS & CONNOLLY LLP
       725 Twelfth Street, NW
       Washington, DC  20005

*Attorneys for Plaintiff*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and service an answer or a motion under Rule 12 within 60 days from April 16, 2008, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/12/08

By: _____
     Signature

Jeffrey C. Seaman, Esquire
Whiteford, Taylor & Preston, LLP
Printed Name

Suite 400
1025 Connecticut Ave., N.W.
Street Address

Washington, D.C. 20036-5405
City/State/Zip Code

jseaman@wtplaw.com
E-Mail Address

202-659-6776
Telephone Number

Counsel for Defendant
Reynolds & Associates, Inc.