UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley | ) <br> ) <br> ) <br> ) |
| **Plaintiff** | ) Case No.: 1:08-cv-00449 (CKK) <br> ) |
| v. | ) |
| The United States of America, et al. | ) <br> ) <br> ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons and Complaint on Randall White in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 03, 2008 at 12:40 PM, I served the within Summons and Complaint on Randall White at 302 Sentinel Drive, Annapolis Junction, Maryland 20701 by serving Randall White, personally. Described herein:

Gender: Male   Race/Skin: White   Hair: Grey   Age: 53   Height: 5'10"   Weight: 250

Executed on: 6/5/08

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

The United States of America, et al.

CASE NUMBER:  1:08-cv-00449 (ckk)

TO: (Name and address of Defendant)
Randall White
Institutional Community Officer
Federal Bureau of Prisons
Office of the General Counsel, Central Office
320 First Street, NW
Washington, DC  20534

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           MAY 2 1 2008

CLERK                                 DATE

_/s/ Na Janau Scott_
(By) DEPUTY CLERK