UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley<br><br>**Plaintiff**<br><br>v.<br><br>The United States of America, et al.<br><br>**Defendant(s)** | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00449 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons and Complaint on Devon Brown, Director of DC Department of Corrections in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 29, 2008 at 11:30 AM, I served the within Summons and Complaint on Devon Brown, Director of DC Department of Corrections at Corrections Department, Public Safety and Justice, Grimke Building, 1923 Vermont Avenue, NW, Washington, DC 20001 by serving Maria Amato, General Counsel, authorized to accept.  Described herein:

Gender: Female    Race/Skin: Hispanic    Hair: Black    Age: 45    Height: 5'8"    Weight: 200

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-30-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

The United States of America, et al.

CASE NUMBER: 1:08-cv-00449 (ckk)

TO: (Name and address of Defendant)
Devon Brown
Director
D.C. Department of Corrections
1923 Vermont Avenue, NW
Washington, DC 20003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAY 2 1 2008
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK