## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-00449 (CKK) |
| v. | ) |
| The United States of America, et al. | ) |
| | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons and Complaint on David Baldwin, Deputy United States Marshal in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 29, 2008 at 12:34 PM, I served the within Summons and Complaint on David Baldwin, Deputy United States Marshal at 333 Constitution Avenue, NW, Room 1400, Washington, DC 20001 by serving David Baldwin, Deputy United States Marshal, personally. Described herein:

Gender: Male   Race/Skin: Black   Hair: Black   Age: 38   Height: 6'3"   Weight: 175

5-30-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

The United States of America, et al.

CASE NUMBER: 1:08-cv-00449 (ckk)

TO: (Name and address of Defendant)

David Baldwin
Deputy United States Marshal
Office of the General Counsel
12th Floor
Washington, DC 20530-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAY 21 2008

CLERK                                              DATE

_____
(By) DEPUTY CLERK