## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.: 1:08-cv-00449 (CKK)** |
| | ) |
| v. | ) |
| The United States of America, et al. | ) |
| | ) |
| | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons and Complaint on Sean McLeod, Deputy United States Marshal in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on May 28, 2008 at 2:06 PM, I served the within Summons and Complaint on Sean McLeod, Deputy United States Marshal at 333 Constitution Avenue, NW, Room 1400, Washington, DC 20001 by serving Sean McLeod, Deputy United States Marshal, personally.  Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 34    Height: 6'2"    Weight: 175

_5-29-08_
Executed on:

_____
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

The United States of America, et al.

CASE NUMBER:    1:08-cv-00449 (ckk)

TO: (Name and address of Defendant)

Sean McLeod
Deputy United States Marshal
Office of the General Counsel
12th Floor
Washington, DC  20530-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 2 1 2008
_____          _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK