IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | |
| Plaintiff, | Case No. 08 CV 0449 (CKK) |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Comes now the Defendant, Reynolds & Associates, Inc., doing business as Washington Halfway Homes, by and through its undersigned counsel, and with the consent of the Plaintiff, moves the Court for an Order granting it an additional 3 days within which to file its responsive pleading in this case.

Respectfully submitted,

 /s/  *Valerie Tetro*
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorneys for Defendant Reynolds
 & Associates, Inc. d/b/a Washington
 Halfway Homes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | |
| Plaintiff, | Case No. 08 CV 0449 (CKK) |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

The Defendant seeks an additional 3 days within which to file its responsive pleading in order to secure documentary support for its anticipated pleading. The Defendant asks that the Court grant the Motion pursuant to its power under Fed. R. Civ. P. 6(b)(1). The Motion is not made for purposes of unnecessary delay.

Respectfully submitted,

 /s/  *Valerie Tetro*
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)
Attorneys for Defendant Reynolds
& Associates, Inc. d/b/a Washington
 Halfway Homes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br><br>         Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>         Defendants. | Case No. 08 CV 0449 (CKK) |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADING**

Upon consent motion filed by the Defendant Reynolds & Associates, Inc., doing business as Washington Halfway Homes, the Plaintiff having consented thereto,

IT IS ORDERED that the Motion is GRANTED.  The Defendant shall file its responsive pleading on or before June 19, 2008.

_____
Colleen Kollar-Kotelly, Judge