UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELOISE T. WORMLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:08-cv-0449 (CKK) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Ethel L. Tynes, hereby affirm:

1.  I am a legal secretary at the law firm of Williams & Connolly LLP, 725 Twelfth St., Washington DC 20005.

2.  On May 8, 2008, in accordance with Federal Rule of Civil Procedure 4(i)(1)(A), I sent a copy of the summons and complaint in the above-captioned matter by registered mail to Defendant United States of America, c/o Jeffrey A. Taylor, Attn: Civil Processing Clerk, 555 4th Street, N.W., Washington, DC 20530. I received confirmation of the delivery of said summons and complaint to this address on May 9, 2008.

4.  On May 8, 2008, in accordance with Federal Rule of Civil Procedure 4(i)(1)(A), I sent a copy of the summons and complaint in the above-captioned matter by registered mail to Attorney General Michael B. Mukasey, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530. I received confirmation of the delivery of said summons and complaint to this address on May 9, 2008.

5.  Copies of the summons and confirmation of delivery are attached herewith to this affidavit.

*June 16, 2008*
Date Executed

By:   Ethel L. Tynes
      Legal Secretary
      Williams & Connolly LLP
      725 Twelfth St., N.W.
      Washington, DC 20005
      (202) 434-5000 (tel)

# UNITED STATES DISTRICT COURT
## District of Columbia

Wormley

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER:    1:08-cv-00449-CKK

TO: (Name and address of Defendant)

United States of America
c/o United States Attorney Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY - 7 2008

CLERK

(By) DEPUTY CLERK                             DATE

| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly) — MAY 0 9 2008

B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

1. Article Addressed to:

United States of America
c/o Jeffrey A. Taylor
Attn:  Civil Process Clerk
555 4th Street, N.W.
Washington, D.C. 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)    RB 270 944 271 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

# UNITED STATES DISTRICT COURT
## District of Columbia

Wormley

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER:    1:08-cv-00449-CKK

TO: (Name and address of Defendant)

United States of America
c/o United States Attorney Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAY - 7 2008

CLERK _____                    DATE _____

(By) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*
MAY 0 9 2008

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Attorney General Michael B.
   Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

3. Service Type
   ☐ Certified Mail          ☐ Express Mail
   ☒ Registered              ☐ Return Receipt for Merchandise
   ☐ Insured Mail            ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number *(Copy from service label)*    RB 270 944 285 US

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952