UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) CASE NO. 1:08-cv-0449 (CKK) |
| v. | ) <br> ) |
| UNITED STATES OF AMERICA, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

### AFFIDAVIT OF SERVICE

I, Ethel L. Tynes, hereby affirm:

1. I am a legal secretary at the law firm of Williams & Connolly LLP, 725 Twelfth St., Washington DC 20005.

2. On May 8, 2008, in accordance with Federal Rule of Civil Procedure 4(j)(2)(A), I sent a copy of the summons and complaint in the above-captioned matter by registered mail to Defendant District of Columbia, c/o Mayor Adrian M. Fenty, Execuitive Office of the Mayor, 1350 Pennsylvania Ave., N.W., Suite 310, Washington, DC 20004. I received confirmation of the delivery of said summons and complaint to this address on May 9, 2008.

5. A copy of the summons and delivery confirmation are herewith attached.

June 16, 2008
Date Executed

By:  Ethel L. Tynes
     Legal Secretary
     Williams & Connolly LLP
     725 Twelfth St., N.W.
     Washington, DC 20005
     (202) 434-5000 (tel)

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

United States of America, et al.

CASE NUMBER: 1:08-cv-00449-CKK

TO: (Name and address of Defendant)

District of Columbia
c/o Mayor Adrian M. Fenty
Executive Office of the Mayor
1350 Pennsylvania Avenue, NW
Suite 310
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn
Williams & Connolly LLP
725 Twelfth St., NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        MAY - 7 2008

CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*: DC Govt  B. Date of Delivery: 5-9-2008<br>C. Signature: X /M. Smith/  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>District of Columbia<br>c/o Mayor Adrian M. Fenty<br>Executive Office of the Mayor<br>1350 Pennsylvania Avenue, N.W.<br>Suite 310<br>Washington, D.C. 20004 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Copy from service label)*  RB 270 944 299 US | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-095