IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELOISE T. WORMLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| THE UNITED STATES OF AMERICA, et al. | ) | CASE NO. 1:08-cv-00449 (CKK) |

**NOTICE OF APPEARANCE**

      Pursuant to LCvR 83.6, Christopher R. Hart notifies the Court of his appearance in this action as attorney for the Plaintiff, Eloise T. Wormley.

Respectfully submitted,

June 17, 2008

    /s/ Christopher R. Hart
Christopher R. Hart (D.C. Bar no. 486577)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000 (tel)

*Attorney for Plaintiff*