# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-cv-00449-RWR |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6, Jennifer L. Holsman, Esq. (D.C. Bar No. 495296) hereby enters her appearance as counsel for Defendant, Corrections Corporation of America, in the above-captioned matter.

The firm address, telephone and facsimile numbers, as well as e-mail address for Jennifer L. Holsman, Esq. is as follows:

>　　Jennifer L. Holsman, Esq.
>　　Jones, Skelton & Hochuli, P.L.C.
>　　2901 North Central Avenue, Suite 800
>　　Phoenix, Arizona 85012
>　　Telephone No.: (602) 263-7310
>　　Facsimile No.:　(602) 200-7507
>　　E-Mail: jholsman@jshfirm.com.

1928450.1

Dated: June 18, 2008                              Respectfully submitted,

                                                 JONES, SKELTON & HOCHULI, P.L.C.
                                                 2901 North Central Avenue, Suite 800
                                                 Phoenix, Arizona 85012
                                                 Tel:     (602) 263-1700

                                               By:     s/ Jennifer L. Holsman
                                                   Daniel P. Struck, Bar No. CO0037
                                                   Jennifer L. Holsman, Bar No. 495296
                                                   Attorneys for Defendant Corrections
                                                   Corporation of America and Officer Tuttwiler

ORIGINAL of the foregoing filed ELECTRONICALLY
this 18th day of June, 2008 .

COPY of the foregoing mailed
this 18th day of June, 2008, to:

Robin Elena Jacobsohn
Williams & Connolly, LLP
725 12th Street, NW
Washington, DC 20005
*Attorney for Plaintiff*

Denise J. Baker
OFFICE OF THE ATTORNEY GENERAL
 FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW , Room 6S028
Washington, DC 20001
*Attorney for Defendants District of Columbia
and Devon Brown*

Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
*Attorneys for Defendant Corrections
Corporation of America and Officer Tuttwiler,*


   s/ Jennifer L. Holsman
      Jennifer L. Holsman

- 2 -

1928450.1