UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:08-cv-00449 (CKK) |
| v. | ) |
| The United States of America, et al. | ) |
| **Defendant(s)** | ) |

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Vincent A. Piazza, having been duly authorized to make service of the Summons and Complaint on Donna Scott in the above entitled case, hereby depose and say:

That I am over eighteen years of age and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 16, 2008 at 5:20 PM, I served the within Summons and Complaint on Donna Scott at 4524 Sherborn Lane, Upper Marlboro, Maryland 20772 by delivering to Soraya Scott, daughter of Donna Scott, a person of suitable age and discretion who stated that he/she resides therein with Donna Scott.

Soraya Scott is described herein as:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 24    Height: 5'6"    Weight: 135

Executed on: 6/18/08

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Eloise T. Wormley

**SUMMONS IN A CIVIL CASE**

V.

The United States of America, et al.

CASE NUMBER: 1:08-cv-00449 (ckk)

TO: (Name and address of Defendant)
Donna Scott
United States Marshals Service
Office of the General Counsel
12th Floor
Washington, DC 20530-1000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robin E. Jacobsohn, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAY 2 1 2008
CLERK                                DATE

(By) DEPUTY CLERK