A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Eloise Wormley,

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    1:08-cv-00449 (CKK) |
| United States of America, et. al. | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ivy A. Lange _____ as counsel in this
                              (Attorney's Name)

case for: __ Plaintiff _____
                 (Name of party or parties)

06/27/2008
_____
Date

DC BAR NO. 488147
_____
BAR IDENTIFICATION

_____
Signature

Ivy A. Lange
_____
Print Name

11 Dupont Circle, NW, Suite 400
_____
Address

Washington, DC                    20036
_____
City          State          Zip Code

202-319-1000
_____
Phone Number