UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-449 CKK |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney ("AUSA") W. Mark Nebeker as counsel for the United States of America and for Defendants Harley G. Lappin, Randal White, Sean McLeod, David Baldwin, and Donna Scott.[1] In addition undersigned counsel represent the unnamed Federal Bureau of Prisons and United States Marshals Service employees in their official capacities.

Respectfully submitted,

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7230

---

[1] Currently, the undersigned AUSA represents defendants Lappin, White, McLeod, Baldwin, and Scott in their official capacities for all purposes, by only for the limited purpose of seeking additional time to respond to the Complaint insofar as they have been sued in their individual capacities.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission facilities on this 30th day of June, 2008.

```
                                              /s/
                            _____
                            W. MARK NEBEKER, DC Bar # 396739
                            Assistant United States Attorney
                            Civil Division
                            555 4th Street, N.W.
                            Washington, DC  20530
                            (202) 514-7230
```