```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

ELOISE T. WORMLEY,             )
                               )
       Plaintiff,              )
                               )
   v.                          )  Civil Action No. 08-449 CKK
                               )
UNITED STATES OF AMERICA, et al., )
                               )
       Defendants.             )
                               )
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Federal Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to answer or otherwise respond to the Complaint in the above action, up to and including August 15, 2008. Plaintiff's counsel, Christopher R. Hart, Esq., has indicated that Plaintiff does not oppose this motion.

Federal Defendants request this additional[2] time, because

---

[1] The named Federal Defendants include: the United States of America; Harley G. Lappin, Randal White, Sean McLeod, David Baldwin, and Donna Scott. In addition undersigned counsel seek this additional time to respond on behalf of the unnamed Federal Bureau of Prisons and United States Marshals Service employees in their official capacities. Undersigned counsel currently represent Defendants Lappin, White, McLeod, Baldwin, and Scott in their official capacities for all purposes, by only for the limited purpose of seeking additional time to respond to the Complaint insofar as they have been sued in their individual capacities. Thus, Federal Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

[2] According to the Court's docket, August 15, 2008, is the current due date for an answer by Donna Scott. See Docket No. 22. This motion would thus allow all federal defendants to respond on that single date.

some, if not all, of the individual Federal Defendants have initiated the process whereby they may secure legal representation from the United States Department of Justice pursuant to 28 C.F.R. § 50.15, but the process has not yet been completed.  In addition, undersigned counsel is in the process of gathering additional information that is necessary to permit counsel to respond appropriately to the issues in the case.  Moreover, the Assistant United States Attorney assigned primary responsibility in this matter is scheduled to be out of the office next week, when certain responses would otherwise be due.  Upon his return he must attend to other matters and responsibilities that will delay the completion of the needed response in this action.

   For these reasons, Federal Defendants ask that they be permitted until August 15, 2008, to complete an answer or dispositive motion in the case.  A proposed Order is attached hereto.

                    Respectfully submitted,


                    _____
                    JEFFREY A. TAYLOR, DC Bar #498610
                    United States Attorney


                    _____
                    RUDOLPH CONTRERAS, DC Bar #434122
                    Assistant United States Attorney


                                                   /s/
                    _____
                    W. MARK NEBEKER, DC Bar #396739
                    Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 30th day of June, 2008.

```
                                       _____/s/
                                       W. MARK NEBEKER, DC Bar #396739
                                       Assistant United States Attorney
                                       Civil Division
                                       555 4th Street, N.W.
                                       Washington, DC  20530
                                       (202) 514-7230
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ELOISE T. WORMLEY,              )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civil Action No. 08-449 CKK
                                )
UNITED STATES OF AMERICA, et al.,)
                                )
        Defendants.             )
_____)
```

ORDER

UPON CONSIDERATION of the Federal Defendants' Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2008, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which the United States of America, Harley G. Lappin, Randal White, Sean McLeod, David Baldwin, Donna Scott, as well as the unnamed Federal Bureau of Prisons and United States Marshals Service employees in their official capacities may respond to the Complaint in this action be and is hereby enlarged up to and including August 15, 2008.

```
                        _____
                        UNITED STATES DISTRICT JUDGE
```

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

IVY ANN LANGE, ESQ.
Washington Lawyers' Committee
  for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, DC  20036

ROBIN ELENA JACOBSOHN, ESQ.
CHRISTOPHER RYAN HART, ESQ.
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC  20005

DENISE J. BAKER, ESQ.
Office of the Attorney General
  For the District of Columbia
441 4th Street, N.W.
Room 6S028
Washington, DC  20001

DANIEL P. STRUCK, ESQ.
JENNIFER L. HOLSMAN, ESQ.
Jones, Skelton & Hochuli
2901 North Central Avenue
Suite 800
Phoeniz, AZ  85012

VALERIE L. TETRO, ESQ.
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036

JEFFREY C. SEAMAN, ESQ.
Whiteford, Taylor & Preston, L.L.P.
1025 Connecticut Avenue, NW
Suite 400
Washington, DC  20036-5405