**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| ELOISE T. WORMLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO FILE EXHIBIT** |
| v. ) | **UNDER SEAL** |
| ) | |
| THE UNITED STATES OF AMERICA, et al., ) | **Case No.1:08-cv-00449 (CKK)** |
| ) | |
| Defendants. ) | |

## MOTION TO FILE EXHIBIT UNDER SEAL

Pursuant to Local Rule 7(j), Plaintiff Eloise T. Wormley respectfully moves to file Exhibit 1 to her Opposition to Defendant Reynolds & Associates, Inc's Motion to Dismiss and Cross-Motion for Summary Judgment ("Opposition and Cross-Motion") under seal. A Notice of Lodging of Exhibit Under Seal has been included with the Opposition and Cross-Motion.

Exhibit 1 to Ms. Wormley's Opposition and Cross Motion contains Ms. Wormley's personal health and medical information. This information is private and confidential and is not intended for public viewing.

Purusant to LCvR 7(m), undersigned counsel has discussed this motion with counsel for Defendant Reynolds & Associates, Inc., which does not oppose the relief sought.

Respectfully submitted,

June 30, 2008      /s/ Christopher R. Hart

Robin E. Jacobsohn (D.C. Bar no. 417307)
Christopher R. Hart (D.C. Bar no. 486577)
Mathew J. Peed (D.C. Bar no. 503328)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELOISE T. WORMLEY, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) **MOTION TO FILE EXHIBIT** |
|  | ) **UNDER SEAL** |
| THE UNITED STATES OF AMERICA, | ) |
| et al. | ) **CASE NO. 1:08-cv-00449 (CKK)** |
|  | ) |
|  | ) |

## ORDER

UPON CONSIDERATION of Plaintiff Eloise Wormley's Motion to File Exhibit Under Seal, it is hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is hereby further

ORDERED that Exhibit 1 to Plaintiff's Opposition to Defendant Reynolds & Associates, Inc. Motion to Dismiss and Cross-Motion for Summary Judgment is and shall be filed under seal.

ENTERED this _____ day of _____, 2008.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

**Copies of Order to be delivered to:**

| | |
|---|---|
| The United States of America<br>United States Attorney's Office<br>555 4th St., NW<br>Washington, DC 20530<br><br>*Defendant* | Daniel P. Struck<br>Jennifer L. Holsman<br>JONES, SKELTON & HOCHULI<br>2901 North Central Avenue<br>Suite 800<br>Phoenix, AZ 85012<br>(602) 263-1700<br>Fax: (602) 263-1784<br>Email: dstruck@jshfirm.com<br><br>*Attorneys for Defendants Corrections Corporation of America and Officer Tutwiler* |
| Denise J. Baker<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Room 6S028<br>Washington, DC 20001<br>202-442-9887<br>Fax: 202-727-0431<br>Email: denise.baker@dc.gov<br><br>*Attorney for Defendants District of Columbia and Devon Brown* | Valerie L. Tetro<br>Jeffrey C. Seaman<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>1025 Connecticut Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 659-6781<br>Fax: (202) 331-0573<br>Email: vtetro@wtplaw.com<br><br>*Attorneys for Defendant Reynolds & Associates, Inc.* |
| Harley G. Lappin<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* | Randal White<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* |

| | |
|---|---|
| Sean McLeod<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | David Baldwin<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* |
| Donna Scott<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | Robin E. Jacobsohn<br>Christopher R. Hart<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br><br>*Attorneys for Plaintiff* |