IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL -2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ELOISE T. WORMLEY,<br>   Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al. | )<br>)<br>)<br>)<br>) MOTION TO FILE EXHIBIT<br>) UNDER SEAL<br>)<br>) CASE NO. 1:08-cv-00449 (CKK)<br>)<br>) |

### ORDER

UPON CONSIDERATION of Plaintiff Eloise Wormley's Motion to File Exhibit Under Seal, it is hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is hereby further

ORDERED that Exhibit 1 to Plaintiff's Opposition to Defendant Reynolds & Associates, Inc. Motion to Dismiss and Cross-Motion for Summary Judgment is and shall be filed under seal.

ENTERED this 1st day of July, 2008.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

**Copies of Order to be delivered to:**

| | |
|---|---|
| The United States of America<br>United States Attorney's Office<br>555 4th St., NW<br>Washington, DC 20530<br><br>*Defendant* | Daniel P. Struck<br>Jennifer L. Holsman<br>JONES, SKELTON & HOCHULI<br>2901 North Central Avenue<br>Suite 800<br>Phoeniz, AZ 85012<br>(602) 263-1700<br>Fax: (602) 263-1784<br>Email: dstruck@jshfirm.com<br><br>*Attorneys for Defendants Corrections Corporation of America and Officer Tutwiler* |
| Denise J. Baker<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Room 6S028<br>Washington, DC 20001<br>202-442-9887<br>Fax: 202-727-0431<br>Email: denise.baker@dc.gov<br><br>*Attorney for Defendants District of Columbia and Devon Brown* | Valerie L. Tetro<br>Jeffrey C. Seaman<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>1025 Connecticut Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 659-6781<br>Fax: (202) 331-0573<br>Email: vtetro@wtplaw.com<br><br>*Attorneys for Defendant Reynolds & Associates, Inc.* |
| Harley G. Lappin<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* | Randal White<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* |

| | |
|---|---|
| Sean McLeod<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | David Baldwin<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* |
| Donna Scott<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | Robin E. Jacobsohn<br>Christopher R. Hart<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br><br>*Attorneys for Plaintiff* |

Case 1:08-cv-00449-RCL    Document 30    Filed 07/02/2008    Page 6 of 6