UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOISE T. WORMLEY,              )<br>                                                )<br>        Plaintiff,                         )<br>                                                )<br>        v.                                   )<br>                                                )  Civil Action No. 08-00449-CKK<br>THE UNITED STATES OF AMERICA, )<br>  et al.                                    )<br>                                                ) | |

**DISTRICT DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE AN ANSWER
OR OTHER RESPONSIVE PLEADING**

Pursuant to Fed. R. Civ. P. 6 (b), District Defendants hereby move for an enlargement of time to file an answer or responsive pleading, up to and including July 18, 2008, and as grounds, therefore, state as follows:

1. On or about May 7, 2008, the plaintiff filed the above-captioned matter. The summons and complaint were received by the Office of the Secretary for the District of Columbia on or about May 13, 2008.

2. The District filed a motion to enlarge the period to answer or otherwise plead on May 28, 2008 on the basis that service had yet to be perfected as to all District Defendants, among other reasons. Currently an answer or responsive pleading is due on July 11, 2008.

3. The vacation schedules of several key personnel and parties have made it difficult to secure declarations and documents necessary to defend this action and file a response by July 11. 2008.

4. Out of an abundance of caution, District Defendants request additional time up

to and including July 18, 2008 to coordinate a defense or response with other defendants and their counsel.

5. Fed. R. Civ. P. 6(b) provides that,

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by previous order….

6. This request is being made prior to the expiration of the prescribed period, and is for good cause shown.

7. No party will be unduly prejudiced should the Court grant the requested relief.

For all the above-stated reasons, additional time up to and including July 18, 2008, is requested to file an answer or responsive pleading to plaintiff's complaint. A memorandum of points and authorities in support of this motion is hereto attached.

                                                  Respectfully submitted,

                                                  PETER J. NICKLES
                                                  Acting Attorney General for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General, Civil Litigation Division

                                                  /s/    Ellen Efros
                                                  ELLEN EFROS [250746]
                                                  Assistant Deputy Attorney General, Civil Litigation Division

                                                  /s/ Denise J. Baker
                                                  DENISE J. BAKER
                                                  D.C. Bar No. 493414

                                                     Assistant Attorney General
                                                     441 4th Street, Northwest, 6th Floor South
                                                     Washington, D.C. 20001
                                                     202-442-9887 (Telephone)
                                                     202-727-0431 (Facsimile)
                                                     Denise.baker@dc.gov

## **CERTIFICATE PURSUANT TO RULE 7(m)**

      I hereby certify that on July 2, 2008, the undersigned counsel contacted the plaintiff's counsel via email and telephone to discuss the relief sought in this motion. On July 2, 2008 plaintiff's counsel consented to the relief sought by this motion.

                                                      _____/s/_____
                                                      DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ELOISE T. WORMLEY,**              )
                                    )
      **Plaintiff,**          )
                                    )
      v.                     )
                                    )   Civil Action No. 08-00449-CKK
**THE UNITED STATES OF AMERICA,**   )
 et al.                             )
                                    )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DISTRICT DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

In support of their Motion for Enlargement of Time to File Answer or Other Responsive Pleading, the District Defendants relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b)(1).

3. The lack of prejudice to the parties.

4. The record herein.

5. Consent of the parties.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/   Ellen Efros_____
ELLEN EFROS [250746]

Assistant Deputy Attorney General, Civil Litigation Division

/s/ Denise J. Baker
DENISE J. BAKER
D.C. Bar No. 493414
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001
202-442-9887 (Telephone)
202-727-0431 (Facsimile)
Denise.baker@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ELOISE T. WORMLEY,**              )
                                    )
    **Plaintiff,**            )
                                    )
    v.                        )
                                    )   Civil Action No. 08-00449-CKK
**THE UNITED STATES OF AMERICA,**   )
 et al.                             )
_____ )

## O R D E R

    Upon consideration of the District Defendants' Consent Motion for enlargement of time to file an Answer or other responsive pleading on behalf of the District of Columbia, and the entire record in this matter, it is, by this Court, this _____ day of _____, 2008,

    ORDERED that the Motion is GRANTED:

    FURTHER ORDERED that District Defendants shall file their answer or other wise plead on or before July 18, 2008.

                                                 _____
                                                 Judge, United States District Court for the District of Columbia

Copies to:

Denise J. Baker
Assistant Attorney General
441 4th Street, Northwest, 6th Floor South
Washington, D.C. 20001

Robin E. Jocobsohn
Williams & Connolly, LLP

725 Twelfth Street, NW
Washington, DC 20005

2