IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br><br>           Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>           Defendants. | )<br>)<br>)  **UNDER SEAL**<br>)<br>)  **NOTICE OF LODGING OF**<br>)  **EXHIBIT UNDER SEAL PENDING**<br>)  **COURT ORDER**<br>)<br>)  **Case No. 08 CV 0449 (CKK)**<br>)<br>)<br>) |

**NOTICE OF LODGING OF EXHIBIT UNDER
SEAL PENDING COURT ORDER**

Notice is given that Exhibit 1 was filed in paper format with the Court, and is filed under seal pending a Court order. This document is not available for public viewing.

June 30, 2008

          /s/ Christopher R. Hart
Robin E. Jacobsohn (D.C. Bar no. 417307)
Christopher R. Hart (D.C. Bar no. 486577)
Mathew J. Peed (D.C. Bar no. 503328)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiff*

