IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>        Defendants. | Case No. 08 CV 0449 (CKK) |

**AMENDED JOINT MOTION FOR EXTENSIONS OF TIME TO FILE REPLY TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT, AND TO FILE REPLY TO OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Come now the Defendant, Reynolds & Associates, Inc., d/b/a Washington Halfway Homes, and the Plaintiff, by and through their respective undersigned counsel, and move the Court for an Order permitting the Defendant, Reynolds & Associates, Inc., d/b/a Washington Halfway Homes up to and including July 14, 2008, by which to file its Reply to the Opposition and its Opposition to the Cross-Motion for Summary Judgment. Plaintiff moves for an extension up to and including July 25, 2008 by which to file its Reply to the Opposition to the Cross-Motion for Summary Judgment.

Lead counsel for the Defendant has been traveling in the past week, and has been unexpectedly delayed in returning from those travels. Thus Defendant

- 2 -

has requested the additional time within which to Reply to the Opposition and to Oppose the Cross-Motion. Plaintiff's counsel seeks an extension of time to file Plaintiff's Reply to the Opposition because of anticipated delays arising from the upcoming birth of a child.

Respectfully submitted,

/s/ Valerie L. Tetro
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorneys for Defendant Reynolds
 & Associates, Inc. d/b/a Washington
 Halfway Homes


  /s/ Christopher R. Hart
Robin E. Jacobsohn (#417307)
Christopher R. Hart (#486577)
Mathew J. Peed (#503328)
WILLIAMS & CONNOLLY, LLP
725 12th St., N.W.
Washington, DC 20005
(202) 434-5000

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br><br>             Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al.<br><br>             Defendants. | Case No. 08 CV 0449 (CKK) |

ORDER GRANTING
AMENDED JOINT MOTION FOR EXTENSIONS OF TIME TO FILE REPLY
TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT; TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY
JUDGMENT; AND TO FILE REPLY TO OPPOSITION
TO CROSS-MOTION FOR SUMMARY JUDGMENT

Upon Joint Motion filed by Defendant Reynolds & Associates, Inc., d/b/a Washington Halfway Homes, and the Plaintiff, the Court having reviewed same and being duly advised,

IT IS ORDERED that the Motion is GRANTED. The Defendant Reynolds & Associates, Inc., d/b/a Washington Halfway Homes shall have up to and including July 14, 2008 within which to file its Reply to the Opposition to the Motion for Summary Judgment and its Opposition to the Cross-Motion for Summary Judgment.

FURTHER ORDERED that the Plaintiff shall have up to and including July 25, 2008 within which to file its Reply to the Opposition to the Cross-Motion for Summary Judgment.

_____
Colleen Kollar-Kotelly, Judge