IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | |
| Plaintiff, | Case No. 08 CV 0449 (CKK) |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

**CONSENT MOTION FOR EXTENSIONS OF TIME TO FILE REPLY TO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO FILE OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendant, Reynolds & Associates, Inc., d/b/a Washington Halfway Homes, with the consent of the Plaintiff, and moves the Court for an Order permitting the Defendant, Reynolds & Associates, Inc., d/b/a Washington Halfway Homes up to and including July 25 2008, by which to file its Reply to the Opposition and its Opposition to the Cross-Motion for Summary Judgment.

This Defendant has recently requested and been granted additional time within which to file its Reply to the Opposition and its Opposition to the Cross-Motion for Summary Judgment. That motion was made on the basis that counsel had been delayed in travel. However, since the filing of the previous motion for

extension, counsel has suffered an unexpected death in the family and will consequently be out of town for an extended period.

The Motion is made for the reason set forth above, and not for purposes of unnecessary delay.

Respectfully submitted,

/s/ Valerie L. Tetro
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorneys for Defendant Reynolds
   & Associates, Inc. d/b/a Washington
   Halfway Homes

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, et al. <br><br> Defendants. | Case No. 08 CV 0449 (CKK) |

ORDER GRANTING
CONSENT MOTION BY REYNOLDS & ASSOCIATES, INC., d/b/a
WASHINGTON HALFWAY HOMES FOR EXTENSIONS OF TIME
TO FILE REPLY TO OPPOSITION
TO ITS MOTION TO DISMISS AND TO FILE OPPOSITION
TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Upon Consent Motion filed by Defendant Reynolds & Associates, Inc., d/b/a Washington Halfway Homes, and the Plaintiff, the Court having reviewed same and being duly advised,

IT IS ORDERED that the Motion is GRANTED. The Defendant Reynolds & Associates, Inc., d/b/a Washington Halfway Homes shall have up to and including July 25, 2008 within which to file its Reply to the Opposition to the Motion for Summary Judgment and its Opposition to the Cross-Motion for Summary Judgment.

_____
Colleen Kollar-Kotelly, Judge