IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al. | )<br>)<br>)<br>)<br>) NOTICE OF APPEARANCE<br>)<br>) CASE NO. 1:08-cv-00449 (CKK)<br>) |

**NOTICE OF APPEARANCE**

  Pursuant to LCvR 83.6, Matthew J. Peed notifies the Court of his appearance in this action as attorney for the Plaintiff, Eloise T. Wormley.

                Respectfully submitted,

July 16, 2008         /s/ Matthew J. Peed
                Matthew J. Peed (D.C. Bar no. 503328)

                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, D.C. 20005
                (202) 434-5000 (tel)

                *Attorney for Plaintiff*