# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Eloise T. Wormley,<br><br>            Plaintiff,<br><br>    v.<br><br>United States of America, et al.,<br><br>            Defendants. | Civil Action No. 1:08-cv-00449-RWR |

## DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND OFFICER TUTWILER'S JOINDER IN DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendants Corrections Corporation of America and Officer Tutwiler, through counsel, hereby join in Defendant District of Columbia's Motion to Dismiss [Doc. No. 38] filed with the Court on July 18, 2008 and hereby incorporate all arguments asserted by the District of Columbia therein.

Dated: July 22, 2008

Respectfully submitted,

JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Tel:    (602) 263-1700


By:    s/ Jennifer L. Holsman
     Daniel P. Struck, Bar No. CO0037
     Jennifer L. Holsman, Bar No. 495296
     Attorneys for Defendant Corrections
     Corporation of America and Officer Tutwiler

1941102.1

- 2 -

ORIGINAL of the foregoing filed ELECTRONICALLY
this 22nd day of July, 2008 .

COPY of the foregoing mailed
this 22nd day of July, 2008, to:

Robin Elena Jacobsohn, Esq.
Christopher R. Hart, Esq.
Mathew J. Peed, Esq.
WILLIAMS & CONNOLLY, LLP
725 12th Street, NW
Washington, DC 20005

Ivy A. Lange
11 Dupont Circle, NW, Suite 400
Washington, DC 20036
Attorneys for *Plaintiff*

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530
Attorney for *Harley G. Lappin, Randal White, Sean McLeod, David Baldwin, and Donna Scott*

Denise J. Baker, Esq.
OFFICE OF THE ATTORNEY GENERAL
 FOR THE DISTRICT OF COLUMBIA
441 4th Street, NW , Room 6S028
Washington, DC 20001
Attorneys for Defendants *District of Columbia and Devon Brown*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
Attorneys for Defendants *Corrections Corporation of America and Officer Tuttwiler,*

   s/ Jennifer L. Holsman
     Jennifer L. Holsman

1941102.1