# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, <br>      Plaintiff, <br> v. <br> THE UNITED STATES OF AMERICA, et al. | ) <br> ) <br> ) <br> ) **CONSENT MOTION FOR** <br> ) **EXTENSION OF TIME** <br> ) <br> ) **CASE NO. 1:08-cv-00449 (CKK)** <br> ) |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DISTRICT DEFENDANTS' MOTION TO DISMISS

Plaintiff, Eloise T. Wormley, respectfully requests an extension of time of ten days—up to and including August 8, 2008—by which to file an opposition to District Defendants' Motion to Dismiss, Or In The Alternative, For Summary Judgment.

This Motion is necessitated by (i) the length and complexity of the District Defendants' Motion (88 pages, including declarations and other exhibits), filed after a six-week extension of time to which Plaintiff consented, and (ii) the birth of Mr. Peed's second child (temporarily impairing his ability to assist in preparing Plaintiff's response).

This Motion is made for the reasons set forth above and not for the purposes of unnecessary delay.

Pursuant to LCvR 7(m), counsel for Plaintiff hereby states that he has spoken with counsel for the District Defendants, Denise J. Baker, who consents to this Motion.

Respectfully submitted,

Dated: July 24, 2008    /s/ Christopher R. Hart

Robin E. Jacobsohn (D.C. Bar no. 417307)
Christopher R. Hart (D.C. Bar no. 486577)
Mathew J. Peed (D.C. Bar no. 503328)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELOISE T. WORMLEY,<br><br>                Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al. | )<br>)<br>)<br>)<br>)  **CONSENT MOTION FOR**<br>)  **EXTENSION OF TIME**<br>)<br>)  **CASE NO. 1:08-cv-00449 (CKK)**<br>)<br>) |

## **ORDER**

UPON CONSIDERATION of Plaintiff Eloise Wormley's Consent Motion for Extension of Time to File Opposition to District Defendants' Motion to Dismiss, it is hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is hereby further

ORDERED that Plaintiff shall have up to and including August 8, 2008, to file an opposition to the District Defendants' Motion to Dismiss.

ENTERED this _____ day of _____, 2008.

 

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of
Columbia

**Copies of Order to be delivered to:**

| | |
|---|---|
| The United States of America<br>United States Attorney's Office<br>555 4th St., NW<br>Washington, DC 20530<br><br>*Defendant* | Daniel P. Struck<br>Jennifer L. Holsman<br>JONES, SKELTON & HOCHULI<br>2901 North Central Avenue<br>Suite 800<br>Phoeniz, AZ 85012<br>(602) 263-1700<br>Fax: (602) 263-1784<br>Email: dstruck@jshfirm.com<br><br>*Attorneys for Defendants Corrections Corporation of America and Officer Tutwiler* |
| Denise J. Baker<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Room 6S028<br>Washington, DC 20001<br>202-442-9887<br>Fax: 202-727-0431<br>Email: denise.baker@dc.gov<br><br>*Attorney for Defendants District of Columbia and Devon Brown* | Valerie L. Tetro<br>Jeffrey C. Seaman<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>1025 Connecticut Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 659-6781<br>Fax: (202) 331-0573<br>Email: vtetro@wtplaw.com<br><br>*Attorneys for Defendant Reynolds & Associates, Inc.* |
| Harley G. Lappin<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* | Randal White<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* |

| | |
|---|---|
| Sean McLeod<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | David Baldwin<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* |
| Donna Scott<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | Robin E. Jacobsohn<br>Christopher R. Hart<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br><br>*Attorneys for Plaintiff* |