IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | |
| Plaintiff, | Case No. 08 CV 0449 (CKK) |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

## DEFENDANT WASHINGTON HALFWAY HOMES' JOINDER IN DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant Washington Halfway Homes, through counsel, hereby joins in Defendant District of Columbia's Motion to Dismiss [Doc. No. 38] filed with the Court on July 18, 2008, and hereby incorporates all arguments asserted by the District of Columbia therein.

Respectfully submitted,

/s/ Valerie L. Tetro
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C.  20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)

Attorneys for Defendant Reynolds
& Associates, Inc. d/b/a Washington
Halfway Homes

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was served via the court's electronic system this 25th day of July, 2008, on the following:

Robin Elena Jacobsohn, Esquire
Christopher R. Hart, Esquire
Matthew J. Peed, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
and
Ivy A. Lange
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
**Attorneys for Plaintiff**

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
**Attorney for Harley G. Lappin, Randal White,
 Sean McLeod, David Baldwin and Donna Scott**

Denise J. Baker, Esquire
Office of the Attorney General for the
 District of Columbia
441 4th Street, N.W., Room 6S028
Washington, D.C. 20001
**Attorneys for Defendants District of Columbia
 And Devon Brown**

Paul J. Maloney, Esquire
Mariana D. Bravo, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
and
Daniel P. Struck, Esquire
Jennifer L. Holsman, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
**Attorneys for Defendants Corrections Corporation
 of America and Officer Tuttwiler**