IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, | |
| Plaintiff, | Case No. 08 CV 0449 (CKK) |
| v. | |
| THE UNITED STATES OF AMERICA, et al. | |
| Defendants. | |

## NOTICE OF FILING

On July 25, 2008, Defendant Washington Halfway Homes (WHH) filed its Memorandum in Reply to Opposition to Washington Halfway Homes' and John and Jane Doe 31-40's Motion to Dismiss and In Opposition to Cross-Motion for Summary Judgment [Document 43] which inadvertently did not include Exhibit 17 to the Memorandum. Attached is Exhibit 17.

Respectfully submitted,

/s/ Valerie L. Tetro
Valerie L. Tetro, Esquire (#464450)
Jeffrey C. Seaman, Esquire (#466509)
Whiteford, Taylor & Preston, LLP
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
(202) 659-6800
(202) 331-0573 (facsimile)
Attorneys for Defendant Reynolds
 & Associates, Inc. d/b/a Washington
 Halfway Homes

- 2 -

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served via the court's electronic system this 28th day of July, 2008, on the following:

Robin Elena Jacobsohn, Esquire
Christopher R. Hart, Esquire
Matthew J. Peed, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005
and
Ivy A. Lange
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
**Attorneys for Plaintiff**

W. Mark Nebeker
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
**Attorney for Harley G. Lappin, Randal White,**
  **Sean McLeod, David Baldwin and Donna Scott**

Denise J. Baker, Esquire
Office of the Attorney General for the
   District of Columbia
441 4th Street, N.W., Room 6S028
Washington, D.C. 20001
**Attorneys for Defendants District of Columbia**
  **And Devon Brown**

Paul J. Maloney, Esquire
Mariana D. Bravo, Esquire
Carr Maloney, P.C.
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
and

- 3 -

Daniel P. Struck, Esquire
Jennifer L. Holsman, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
**Attorneys for Defendants Corrections Corporation
  of America and Officer Tuttwiler**

/s/ Valerie L. Tetro
Valerie L. Tetro

*221590*

# EXHIBIT 17

Form 15

# DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
### FACE SHEET No. 1

DATE PREPARED (Mo. Da. Yr.)

| Field | Value |
|---|---|
| DCDC Number | 226-899 |
| Name (last, first, middle) | Normley, Eloise |
| Alias Used | No |
| Aliases | na |
| Institution | CDF |
| Prisoner Type | D.C. |
| Number of Previous Commitments | 05 |
| Commitment Date | 3-19-05 |
| House No. | 1530 |
| Street Name | R.I. Ave |
| City | Wash |
| State | DC |
| Race and Sex | Negro Female |
| Birth Date | 2-04-54 |
| Age | 51 |
| Birth Place | DC |
| Marital Status | Single |
| Church | Catholic |
| Read and Write | Yes |
| Years of School | 14 |
| Occupation | na |
| Veteran | No |
| Receiving Pension | No |
| Disability | Physical |
| Treatment | None |
| Surrender Valuables | Yes |
| Searched By | McGee |
| Height | 5'4" |
| Weight | 160 |
| Eyes | brn |
| Hair | brn |
| Complexion | med-brn |
| Build | med |
| Police I.D. No. | 335-255 |
| Driver's License No. | na |
| License State | na |
| Social Security No. | 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 |
| Narcotics | User |
| Alcohol | Non User |
| | Alcoholic |
| Welfare Benefits Received | None |
| Latest Hourly Wage | na |
| Detainer | No |
| Cash Surrendered | 0 |

| CASE NO. | CHARGE | BOND AND FURTHER HEAR. | DISPOSITION AND DATE |
|---|---|---|---|
| V846-05 | Temporary Protection Order | N/B | COR 3/29/05 |
| V4217-04A | Simple Assault | N/B | Time served in addition Sent. 4/8/05, 45 days in jail, cons. |
| V54-05A | Contempt | N/B | 4/8/05 Sent. to time served in addition to 30 Days in jail, cons. |

Scheduled Release Date | Release Reason: □ By Court  □ Fine Paid  □ Bond Paid  □ Expiration | Date | Released By | Date

AUTHORIZED BY

February 07, 2005

2:23:01 pm

# DC Department of Corrections
## Face Sheet

| | | |
|---|---|---|
| DCDC #: 226899 | Name: WORMLEY, ELOISE | PDID #: 335255 |
| Committment Date: 01/05/2005 | Admission type: PRETRIAL ALL OTHER TYPES | |
| Race: BLACK | DOB: 02/04/1954   Sex: F   Height: 509   Weight: 185 | |
| Sentence type: | Location: CORRECTIONAL TREATMENT FACILITY | |
| Effective date: 02/04/2005   Short Term Date: 02/18/2005 | Full Term Date: 02/18/2005 | Parole Elig. Date: 02/18/2005 |
| Agg. Sentence: 0 Years 0 Months 15 Days | 0 Years 0 Months 15 Days | |
| Jail credit: 0 day(s) | | |

## Sentencing notes

NO JAIL CREDIT DUE

## Charges

Case number V0005405    CONTEMPT    Misdemeanor

Charge typ    CONSECUTIVE SENTENCE

COURT ORDERED DISMISSAL/RELEASE

Sentence Status:    CONSECUTIVE SENTENCE

Judge:    ISCOE

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 01/05/2005 | 01/05/2005 | 01/11/2005 | 01/05/2005 | | | 01/11/2005 |

Charge notes:

Case number V0005405A    CONTEMPT    Misdemeanor

Charge typ    CONSECUTIVE SENTENCE

SENTENCED AND SERVING

Minimum sentence 0 year(s), 0 month(s), 15 day(s)    Maximum sentence 0 year(s), 0 month(s), 15 day(s)

Sentence Status:    CONSECUTIVE SENTENCE

Judge:    ISCOE

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 02/04/2005 | 02/04/2005 | 02/04/2005 | | 02/04/2005 | | |

February 07, 2005

## DC Department of Corrections
## Face Sheet

2:23:01 pm



| DCDC #: 226899 | Name: WORMLEY, ELOISE | PDID #: 335255 |
|---|---|---|

Commitment Date:   01/05/2005   Admission type: PRETRIAL ALL OTHER TYPES

Race: BLACK             DOB: 02/04/1954       Sex: F      Height: 509     Weight: 185

Sentence type:                                Location:  CORRECTIONAL TREATMENT FACILITY

Effective date: 02/04/2005   Short Term Date: 02/18/2005   Full Term Date: 02/18/2005   Parole Elig. Date: 02/18/2005

Agg. Sentence:  0 Years 0 Months 15 Days         0 Years 0 Months 15 Days

Jail credit:    0 day(s)

Charge notes:   SENTENCED TO 180 DAYS, E.S.S. TO ALL CREDIT FOR TIME SERVED IN ADDITION TO 15 DAYS IN JAIL.

TIME SERVED:
01/04/05 THRU 01/11/05 = 8 DAYS

 Sentence order is out of sequence. Sentence Order #1 should be 2. Correct sequence order number and recalculate this charge, as well as, the Sentencing Summary Screen.

 Case number appears to be invalid. Superior Court case numbers must start with a letter, followed by 5 numbers (add leading zeros if necessary), followed by two numbers (year of the case), followed by the count. 9 positions total, no hyphens

Case number  V0421704A        SIMPLE ASSAULT                                 Misdemeanor
Charge typ
**TIME SERVED OR SUSPENDED**

**Sentence Status:**
Judge:  ISCOE

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 01/11/2005 | 01/11/2005 | 02/04/2005 | | | | 02/04/2005 |

Charge notes:    SENTENCED TO 120 DAYS, E.S.S. TO ALL.

## Detainers

| Detainer type |
| Agency |
| Released / release reaso |
| Release date |

April 11, 2005

10:04:49 am

# DC Department of Corrections
## Face Sheet

| DCDC #: 226899 | Name: WORMLEY, ELOISE | PDID #: 335255 |
|---|---|---|

Committment Date: 03/19/2005   Admission type: PRETRIAL ALL OTHER TYPES

Race: BLACK   DOB: 02/04/1954   Sex: F   Height: 509   Weight: 185

Sentence type:       Location: CORRECTIONAL TREATMENT FACILITY

Effective date: 04/08/2005   Short Term Date: 06/21/2005   Full Term Date: 06/21/2005   Parole Elig. Date: 06/21/2005

Agg. Sentence: 0 Years 0 Months 75 Days         0 Years 0 Months 75 Days

Jail credit:  0 day(s)

---

Case number V0084605    VIOLATION CPO                                    Misdemeanor

Charge typ

COURT ORDERED DISMISSAL/RELEASE

Sentence Status:

Judge: KRAMER

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 03/19/2005 | 03/19/2005 |  |  |  |  | 03/24/2005 |

Charge notes:

---

Case number V0421704A    SIMPLE ASSAULT                                  Misdemeanor

Charge typ    CONSECUTIVE SENTENCE

SENTENCED AND SERVING

Minimum sentence 0 year(s), 0 month(s), 45 day(s)    Maximum sentence 0 year(s), 0 month(s), 45 day(s)

Sentence Status:   CONSECUTIVE SENTENCE

Judge: ISCOE

| COMMITMENT DATE 3/24 ~~03/19/2005~~ | OFFENSE DATE 03/24/2005 | HEARING DATE 04/08/2005 | CONVICTION DATE | SENTENCE DATE 04/08/2005 | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|

Charge notes:   SENTENCED TO TIME SERVED IN ADDITION TO 45 DAYS IN JAIL TO RUN CONSECUTIVE TO ANY OTHER SENTENCE. TO BE PLACED IN SAFETY NET PROGRAM.

 Sentence order is out of sequence. Sentence Order # 1 should be 3. Correct sequence order number and recalculate this charge, as well as, the Sentencing Summary Screen.

 Case number appears to be invalid. Superior Court case numbers must start with a letter, followed by 5 numbers (add leading zeros if necessary), followed by two numbers (year of the case), followed by the count. 9 positions total, no hyphens

---

December 16, 2005

3:01:47 am

## DC Department of Corrections
## Face Sheet

| | | |
|---|---|---|
| DCDC #: 226899 | Name: WORMLEY, ELOISE | PDID #: 335255 |
| Commitment Date: 12/15/2005 | Admission type: SENTENCED MISDEMEANOR | |
| Race: BLACK | DOB: 02/04/1954   Sex: F | Height: 5' 9"   Weight: 185 |
| Sentence type: | Location: CENTRAL DETENTION FACILITY (CDF) | |

Effective date: 12/15/2005   Short Term Date: 06/12/2006   Full Term Date: 06/12/2006   Parole Elig. Date: 06/12/2006

Agg. Sentence: 0 Years 6 Months 0 Days           0 Years 6 Months 0 Days

Jail credit:    2 day(s)                                                                        ✓

# Sentencing notes

JAIL CREDIT /// F0434705C // 8/1/05 TO 8/2/05 = 2 DAYS

# Charges

Case number F0434705C       ATT DIST COCAINE                                             Misdemeanor

Charge ty     **CONSECUTIVE SENTENCE**

**SENTENCED AND SERVING**

Minimum sentence 0 year(s), 6 month(s), 0 day(s)        Maximum sentence 0 year(s), 6 month(s), 0 day(s)

Sentence Status:   CONSECUTIVE SENTENCE

Judge: RIGSBY

| COMMITMENT DATE | OFFENSE DATE | HEARING DATE | CONVICTION DATE | SENTENCE DATE | DISPOSITION DATE | DISCHARGE DATE |
|---|---|---|---|---|---|---|
| 12/15/2005 | 12/15/2005 | 12/15/2005 | 12/15/2005 | 12/15/2005 | | |

Charge notes:   SENT. 12 MONTHS E.S.S. ALL BUT (6) MONTHS IN JAIL   12/15/05

# Detainers

| |
|---|
| Detainer type |
| Agency |
| Released / release reaso |
| Release date |

OMITS/sf/lg:  December 16, 2005

D:\Crystal Reports Templates\Published Reports\D_Face Sheet.rpt           Page 1 of 2

Release Order List

Page 1 of 1

| | |
|---|---|
| ☐ PSO/CSO<br>    Find Client<br>    Client Profile<br>    Logoff<br>☐ Client<br>    Name<br>    Addresses<br>    Identifiers<br>    Characteristics<br>    Birth/Death<br>    Community Ties<br>    Citizenship<br>    Languages<br>    Communications<br>    Education<br>    Employment<br>    Case Filing<br>    Criminal History<br>☐ Supervision<br>    Release Orders<br>    Warrants | Name: WORMLEY, ELOISE THERESA    DOB: 2/5/1954    PDID: 335-255    BAID: 80134992<br><br>Filter Release Orders By Function: ☑ Pretrial  ☐ Probation  ☐ Parole<br>Filter Release Orders By Case: ☐ Open Cases  ☐ Close Cases |

### Pretrial

Case/Docket: 05214933 / F04347-05  Judge: Hon. ROBERT RIGSBY  File Date: 8/2/2005  Case Status: OPEN

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|
| PSA General Supervision for Superior Court (SC) | 8/2/2005 | Current | | No |

Case/Docket: 05210866 / D02077-05  Judge: Hon. RICHARD RINGELL  File Date: 7/29/2005  Case Status: CLOSED-CMP

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|
| PR Without Supervision | 7/29/2005 | Amended | | No |

Case/Docket: 05078928 / V00846-05  Judge: Hon. CRAIG ISCOE  File Date: 3/19/2005  Case Status: CLOSED-CMP

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|
| Detained - Hold | 3/19/2005 | Amended | | No |

Case/Docket: 05073884 / V00774-05  Judge: Hon. DIANA EPPS  File Date: 3/14/2005  Case Status: Closed-Cmp

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|

There are no active release orders for this case in Pretrial

Case/Docket: 05005935 / V00054-05  Judge: Hon. CRAIG ISCOE  File Date: 1/5/2005  Case Status: CLOSED-CMP

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|
| PR Without Supervision | 1/11/2005 | Amended | | No |
| Detained - Hold | 1/5/2005 | Amended | | No |

Case/Docket: 04365974 / V04217-04  Judge: Hon. CRAIG ISCOE  File Date: 12/30/2004  Case Status: CLOSED-CMP

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|
| Detained - Held without Bond | 1/11/2005 | Amended | | No |
| PSA General Supervision for Superior Court (SC) | 12/30/2004 | Amended | | No |

Case/Docket: 05156995806 / S02080-99  Judge: Hon.    File Date: 7/23/1999  Case Status: CLOSED-CMP

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|

There are no active release orders for this case in Pretrial

Case/Docket: 87093950 / F03768-87  Judge: Hon. FRANK SCHWELB  File Date: 4/3/1987  Case Status: Closed-Cmp

| Release Order Type | Release Order Date | Status | Remarks | Sealed/Date |
|---|---|---|---|---|