# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,<br>               Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA,<br>et al. | ) ) ) ) ) ) ) ) ) ) ) **CONSENT MOTION FOR EXTENSION OF TIME**<br><br>**CASE NO. 1:08-cv-00449 (CKK)** |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT WHH'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS**

Plaintiff Eloise T. Wormley respectfully requests a two-week extension—up to and including August 15, 2008—by which to file a reply to the opposition of Defendant Reynolds & Associates, Inc. d/b/a Washington Halfway Homes to Plaintiff's Motion For Summary Judgment.

This Motion is necessitated by the birth of Mr. Peed's second child, which has temporarily delayed his ability to prepare Plaintiff's response.

This Motion is made for the reasons set forth above and not for the purposes of unnecessary delay.

Pursuant to LCvR 7(m), counsel for Plaintiff hereby states that he has spoken with counsel for Defendant, Jeffrey Seaman, who consents to this Motion.

Respectfully submitted,

Dated: July 31, 2008             /s/ Matthew J. Peed

Robin E. Jacobsohn (D.C. Bar no. 417307)
Christopher R. Hart (D.C. Bar no. 486577)
Mathew J. Peed (D.C. Bar no. 503328)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELOISE T. WORMLEY, | ) ) | |
| Plaintiff, | ) ) | **CONSENT MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| v. | ) ) | |
| | ) | **CASE NO. 1:08-cv-00449 (CKK)** |
| THE UNITED STATES OF AMERICA, et al. | ) ) ) ) | |

## ORDER

UPON CONSIDERATION of Plaintiff Eloise Wormley's Consent Motion for Extension of Time to File a Reply to the Opposition of Defendant Reynolds & Associates, Inc. d/b/a Washington Halfway Homes to Plaintiff's Motion for Summary Judgment, it is hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is hereby further

ORDERED that Plaintiff shall have up to and including August 15, 2008, to file a reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

ENTERED this _____ day of _____, 2008.

_____
Judge Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia

**Copies of Order to be delivered to:**

| | |
|---|---|
| The United States of America<br>United States Attorney's Office<br>555 4th St., NW<br>Washington, DC 20530<br><br>*Defendant* | Daniel P. Struck<br>Jennifer L. Holsman<br>JONES, SKELTON & HOCHULI<br>2901 North Central Avenue<br>Suite 800<br>Phoeniz, AZ 85012<br>(602) 263-1700<br>Fax: (602) 263-1784<br>Email: dstruck@jshfirm.com<br><br>*Attorneys for Defendants Corrections Corporation of America and Officer Tutwiler* |
| Denise J. Baker<br>OFFICE OF THE ATTORNEY GENERAL<br>FOR THE DISTRICT OF COLUMBIA<br>441 4th Street, NW<br>Room 6S028<br>Washington, DC 20001<br>202-442-9887<br>Fax: 202-727-0431<br>Email: denise.baker@dc.gov<br><br>*Attorney for Defendants District of Columbia and Devon Brown* | Valerie L. Tetro<br>Jeffrey C. Seaman<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>1025 Connecticut Avenue, NW<br>Suite 400<br>Washington, DC 20036<br>(202) 659-6781<br>Fax: (202) 331-0573<br>Email: vtetro@wtplaw.com<br><br>*Attorneys for Defendant Reynolds & Associates, Inc.* |
| Harley G. Lappin<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* | Randal White<br>Federal Bureau of Prisons<br>Office of the General Counsel<br>Central Office<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendant* |

| | |
|---|---|
| Sean McLeod<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | David Baldwin<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* |
| Donna Scott<br>United States Marshals Service<br>Office of the General Counsel<br>12th Floor<br>Washington, DC 20530-1000<br><br>*Defendant* | Robin E. Jacobsohn<br>Christopher R. Hart<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br><br>*Attorneys for Plaintiff* |