UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 08-00449-CKK |
| THE UNITED STATES OF AMERICA, ) | |
| et al. ) | |
| ) | |

**NOTICE OF RELATED CASE**

Pursuant to Local Rule LCvR 40.5, Defendant, District of Columbia ("the District") through undersigned counsel, gives notice of a related case. Plaintiff in the above captioned action alleges that she was overdetained and/or late released from incarceration based upon the District's alleged practice of allowing jail inmates to stay past their term of incarceration. These claims are similar, if not identical, to those alleged in *Carl A. Barnes, et al., v. District of Columbia,* civil action no. 06-315 (RCL), which has already been certified as a class of overdetained prisoners.[1] 242 F.R.D. 113, 120 (D.D.C. 2007), inclusive of the period of time in which plaintiff alleges that she was incarcerated.

In addition, above-captioned plaintiff's claims are similar, if not identical, to other pending civil actions claiming overdetention or late releases, which include:

*Daniel Simmons v. District of Columbia, et al.,* civil action no. 07-493 (RCL)

---

[1] The *Barnes* Class is defined as: "Each person who has been, is, or in the future will be incarcerated in any District of Columbia Department of Corrections facility from September 1, 2005 forward; and who was not released, or, in the future, will not be released by midnight on the date on which the person is entitled to be released by court order or the date on which the basis for his or her detention has otherwise expired."

*Simon Banks v. District of Columbia,* civil action no. 05-1514 (RCL)

*Nicole Morgan, et al., v. District of Columbia*, civil action no. 07-172 (RCL)

Each of the above-referenced civil actions is pending before the Honorable Royce C. Lamberth.

        Respectfully submitted:

        PETER NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ELLEN EFROS [250746]
        Chief, Equity Section I

        /s/ Denise J. Baker
        Denise J. Baker
        D.C. Bar No. 493414
        Assistant Attorney General
        441 4th Street, Northwest, 6th Floor South
        Washington, D.C. 20001
        202-442-9887 (Telephone)
        202-727-0431 (Facsimile)
        Denise.baker@dc.gov