```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

ELOISE T. WORMLEY,              )
                                )
        Plaintiff,              )
                                )
    v.                          )  Civil Action No. 08-449 CKK
                                )
UNITED STATES OF AMERICA, et al., )
                                )
        Defendants.             )
                                )
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Federal Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to answer or otherwise respond to the Complaint in the above action, up to and including August 20, 2008. Plaintiff's counsel, Matthew J. Peed, Esq., has indicated that Plaintiff does not oppose this motion.

Federal Defendants request this additional time, because undersigned counsel have nearly completed the drafting of a dispositive motion in the case, but learned that an anticipated declaration needed to complete the motion will be delayed. Some of this delay has been occasioned by the fact that the agency

---

[1] The named Federal Defendants include: the United States of America; Harley G. Lappin, Randal White, Sean McLeod, David Baldwin, and Donna Scott. In addition undersigned counsel seek this additional time to respond on behalf of the unnamed Federal Bureau of Prisons and United States Marshals Service employees in their official capacities. Federal Defendants do not hereby waive any defense or defenses that may be available to them pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

attorney assigned primary responsibility in the matter has been out of the office much of this week. Moreover, the Assistant United States Attorney assigned primary responsibility to represent Federal Defendants in this action has been called upon to devote time this month to three other cases involving individual capacity claims against Federal employees which have proceeded to discovery. His time spent on those and other matters and the number of issues involving the numerous Federal Defendants did not allow the completion of the motion by this date. Federal Defendants have previously asked for only a single enlargement of time in this matter, and believe that this brief delay will not prejudice any party.[2]

For these reasons, Federal Defendants ask that they be

---

[2] Undersigned counsel were advised by counsel for Plaintiff that the Court had indicated in granting an earlier motion for enlargement of time by Plaintiff that there would be "No Further Extensions." See August 1, 2008 Minute Order. Federal Defendants believe that the Court's order was not intended to apply all future deadlines by all parties in the litigation, but if the Court intended otherwise, Federal Defendants ask that the Court reconsider that order and allow this brief enlargement of time.

permitted until August 20, 2008, to complete an answer or dispositive motion in the case.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that service of the foregoing Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof has been made through the Court's electronic transmission facilities on this 15th day of August, 2008.

                                                                                                  /s/
                                W. MARK NEBEKER, DC Bar #396739
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N.W.
                                Washington, DC  20530
                                (202) 514-7230