**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**ELOISE T. WORMLEY,**                        )
                                              )
          **Plaintiff,**                      )
                                              )
          **v.**                              )
                                              )     **Civil Action No. 08-00449-CKK**
**THE UNITED STATES OF AMERICA,**             )
 **et al.**                                   )
_____ )

**DISTRICT DEFENDANTS' ERRATA TO ATTACH TABLE OF CASES TO MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT [DOCKET
NO. 38 and 39]**

        COMES NOW the District Defendants and submit  their Errata to their Motions as

follows:

        1.    Attached the Table of Authorities, appended hereto, to the motions docketed at nos.

        38 and 39.

                                    Respectfully submitted:

                                    PETER NICKLES
                                    Acting Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    ELLEN EFROS [250746]
                                    Chief, Equity Section I

                                    /s/ Denise J. Baker
                                    Denise J. Baker
                                    D.C. Bar No. 493414
                                    Assistant Attorney General
                                    441 4th Street, Northwest, 6th Floor South
                                    Washington, D.C. 20001
                                    202-442-9887 (Telephone)

202-727-0431 (Facsimile)
Denise.baker@dc.gov

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007)……………………………..4

*EEOC v. St. Francis Xavier Parochial Sch.,* 117 F.3d 621 (D.C. Cir. 1997)………...4

*Haynesworth v. Miller*, 820 F.2d 1245 (1987)………………………………………..4

*Celotex Corp. v. Catrett*, 477 U.S. 317 (1986)………………………………………..5

*Tao v. Freeh*, 27 F.3d 635 (D.C. Cir. 1994)…………………………………………...4

*Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)………………………………...5

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574 (1986)……………5

*Neal v. Kelly*, 963 F.2d 453 (1992)……………………………………………………5

*Laningham v. United States Navy* 813 F.2d 1236 (1987)……………………………...5

*Kentucky v. Graham*, 473 U.S. 159 (1985)……………………………………………6

*Atchinson v. District of Columbia*, 73 F.3d 418 (D.C. Cir. 1996)……………………6

*Monell v. New York City Dept. of Social Services*, 436 U.S. 658 (1978)……...6, 15, 18

*Caldwell v. Hammonds*, 53 F. Supp 2d 1 (D.D.C. 1999)………………………………6

*Arnold v. Moore*, 980 F. Supp. 28 (D.D.C 1997)………………………………………6

*Price v. Kelly*, 847 F. Supp. 163 (D.D.C. 1994)………………………………………6

*Bennett v. Passic*, 545 F.2d 1260 (10th Cir. 1970)…………………………………...7

*Harlow v. Fitzgerald*, 457 U.S. 800 (1982)………………………………………7, 8

*Anderson v. Creighton*, 483 U.S. 635 (1987)…………………………………......7, 8

*Barham v. Ramsey*, 434 F.3d 565 (D.C. Cir. 2006)…………………………………7

*Mitchell v. Forsyth*, 472 U.S. 511 (1985)……………………………………………8

*Saucier v. Katz*, 533 U.S. 194 (2001)…………………………………………….…8

*Hunter v. Bryant*, 502 U.S. 224 (1991)…………………………………………...8

*Int'l Action Ctr. V. United States*, 365 F.3d 20 (D.C. Cir. 2004)…………………....8

*Abdulla v. Washington*, 437 F. Supp. 2d 137 (D.D.C. 2006)…………………………..8

*Carchman v. Nash*, 473 U.S. 716 (1985)……………………………………………9

*Gales v. District of Columbia*, 47 F. Supp. 2d 43 (D.D.C. 1999)……………………....9

*United States v. Jones*, 451 F. Supp. 2d 71 (2006)…………………………………….10

*Green v. District of Columbia*, 710 F.2d 876 (D.C.Cir. 1983)………………………...10

*West v. Atkins*, 487 U.S. 42 (1988)……………………………………………………15

*City of Canton v. Harris*, 489 U.S. 378 (1989)……………………………………..…15

*Daniels v. Williams*, 474 U.S. 327 (1986)…………………………………………..…16

*Young v. Quinlan*, 960 F.2d 351 (1992)……………………………………………….16

*Farmer v. Brennan*, 511 U.S. 825 (1994)……………………………………………16

*Brass v. County of Los Angeles*, 328 F.3d 1192 (9th Cir. 2003)………………...17, 18, 19

*Berry v. Baca*, 379 F.3d 764 (9th Cir. 2004)………………………………………...17, 18

*Mortimer v. Baca*, 478 F. Supp. 2d 1171 (C.D. Ca. 2007)……………………………...18

*County of Riverside v. McLaughlin*, 500 U.S. 44 (1991)……………………………..19

*Gerstein v. Pugh*, 420 U.S. 103 (1975)……………………………………….....19, 20

*City of Oklahoma City v. Tuttle*, 471 U.S. 808 (1985)…………………………………..21

*Carter v. District of Columbia*, 795 F.2d 116 (D.C. Cir. 1986)…………………………21

*Gales v. District of Columbia*, 47 F. Supp. 2d 43 (D.D.C. 1999)………………………..22

*U.S. v Jones*, 451 F. Supp. 2d, 71, 78 (D.D.C. 2006)…………………………………22

*Green v. D.C.*, 710 F.2d 876, 878 (D.C. Cir. 1983)……………………………………..22

*Rhodes v. Chapman*, 452 U.S. 337 (1981)……………………………………...…22, 23

*Whitley v. Alberts*, 475 U.S. 312 (1986)……………………………………………22

*Daniels v. Williams*, 474 U.S. 547 (1981)…………………………………………23

*Paul v. Davis*, 424 U.S. 693 (1976)………………………………………………..23

*Davis v. Butcher*, 853 F.2d 718 (9th Cir. 1988)…………………………………...23

*United States ex rel. Bailey v. Askew*, 486 F.2d 134 (5th Cir. 1973)………………...23, 25

*Peacock v Mayor and City Council of Baltimore*, 199 F. Supp. 2d 306, 306 (2002)…...23

*Whirl v. Kern*, 407 F.2d 781 (5th Cir. 1969)…………………………………….....23

*Francis v. Lyman*, 216 F.2d 583 (1 Cir. 1954)…………………………………....23

*Woodford v. Ngo*, 548 U.S. 81 (2006)……………………………………………...24

*Booth v. Churner*, 532 U.S. 731 (2001)…………………………………………24

*United Mine Workers of America v. Gibbs*, 383 U.S. 715 (1966)……………………26

*Gaubert v. Gray,* 747 F. Supp. 40 (D.C. Cir. 1990)…………………………………26

*Olaniyi v. District of Columbia*, 416 F. Supp. 2d 43 (D.D.C. 2006)………………..…...27

*M.K. v. Tenet*, 99 F. Supp. 2d 12 (D.D.C. 2000)………………………………….....27

*Feirson v. Dist. of Columbia*, 315 F. Supp. 2d 52 (D.D.C. 2004)………………….....27

*City of Newport v. Fact Concerts*, 453 U.S. 247 (1981)……………………………27

*Smith v. Wade*, 461 U.S. 30, 56 (1983)………………………………………………27

## STATE CASES

*Musa v. Continental Ins. Co.,* 644 A.2d 999 (D.C. 1994)……………………...…….5

*Faniel v. Chesapeake & Potomac Tel.* Co., 404 A.2d 147 (D.C. 1979)………………10

*Tocker v. Great Atlantic & Pacific Tea Co.*, 190 A.2d 822 (D.C. 1963)…………….....10

*Magwood v. Giddings*, 672 A.2d 1083 (D.C. 1996)…………………………………...10

*McAllister v. District of Columbia*, 653 A.2d 849 (D.C. 1995)…………………………..11

*Aguehounde v. District of Columbia*, 666 A.2d 443 (D.C. 1995)……………...11, 12, 13

*District of Columbia v. Pace*, 498 A.2d 226 (D.C. 1985)………………………11, 12, 13

*Wade v. District of Columbia*, 310 A.2d 857 (D.C. 1073)……………………………..12

*Chandler v. District of Columbia*, 404 A.2d 964 (D.C. 1979)…………………..……13

*Morehouse v. D.C.*, 747 A.2d 138 (D.C. 2000)……………………………………………14

*Oliver v. Mustafa*, 929 A.2d 873 (D.C. 2007……………………………………………...28

## RULES AND STATUTES

Fed. R. Civ. P. 12(b)(6)……………………………………………………….…4

Fed. R. Civ. P. 56……………………………………………………………….…5

F.R.E. 201…………………………………………………………...……...9, 17

28 CFR § 247 (a)…………………………………………………………………...9

42 U.S.C. § 1983……………………………………………………..……...14, 15, 17, 23

42 U.S.C. § 1997e (a)……………………………………………………………...24

28 U.S.C. § 1368(c)(3)……………………………………………………………26

Fed. R. Civ. P. 12(b)(4) and 4(m)……………………………………………27