CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELOISE T. WORMLEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Case Number 08-0449 (RCL) |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | Category    L |
| et al. | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 29, 2008</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>Chief Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Reassigned as related to 06cv0315)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
<u>Chief Judge Lamberth</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk