# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELOISE T. WORMLEY,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>et al. | )<br>)<br>)  **JOINT MOTION FOR**<br>)  **EXTENSION OF TIME**<br>)<br>)  **CASE NO. 1:08-cv-00449 (RCL)**<br>)<br>)<br>)<br>) |

### JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS

Plaintiff Eloise T. Wormley and Defendants United States of America, Harry Lappin, Randal White, Devon Brown, Sean MacLeod, Donna Scott, and David Baldwin (collectively, "Federal Defendants") respectfully move for an Order extending the time for Plaintiff to file an opposition to Federal Defendants' Motion to Dismiss for fourteen days—up to and including September 19, 2008—in order to allow Plaintiff and Federal Defendants to continue ongoing discussions regarding settlement and/or alternative dispute resolution. This Motion is made for the reasons set forth above and not for the purposes of unnecessary delay.

                                                                    Respectfully submitted,


Dated: September 4, 2008                          /s/ Matthew J. Peed

        Robin E. Jacobsohn (D.C. Bar no. 417307)
        Christopher R. Hart (D.C. Bar no. 486577)
        Mathew J. Peed (D.C. Bar no. 503328)
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel:  (202) 434-5000
        Fax: (202) 434-5029

        Ivy Ann Lange  (D.C. Bar no. 488147)
        Washington Lawyers' Committee for Civil Rights &
        Urban Affairs
        11 Dupont Circle, NW
        Suite 400
        Washington, DC 20036
        Tel:  (202) 319-1000
        Fax: (202) 319-1010

        *Attorneys for Plaintiff*


Dated:  September 4, 2008         /s/ W. Mark Nebeker

        Jeffrey A. Taylor, DC Bar no. 498610
        Rudolph Contreras (D.C. Bar no. 434122)
        W. Mark Nebeker  (D.C. Bar no. 396739)
        United States Attorney's Office
        555 4th Street, NW
        Washington, DC 20530
        (202) 514-7230
        Fax: (202) 514-8780

        *Attorney for Defendants United States of America, Donna Scott, Harvey Lappin, Sean McLeod, David Baldwin, and Randal White*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELOISE T. WORMLEY,          Plaintiff, | ) ) ) )  **CASE NO. 1:08-cv-00449 (RCL)** |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA, et al. | ) ) ) ) |

## **ORDER**

UPON CONSIDERATION of the Joint Motion of Plaintiff Eloise T. Wormley and Defendants United States of America, Harry Lappin, Randal White, Devon Brown, Sean MacLeod, Donna Scott, and David Baldwin (collectively, "Federal Defendants"), it is hereby:

ORDERED that the Joint Motion is GRANTED; and it is hereby further

ORDERED that Plaintiff shall have up to and including September 19, 2008, to file an opposition to Federal Defendants' Motion to Dismiss.

ENTERED this _____ day of _____, 2008.

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia