# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELOISE T. WORMLEY,** )<br><br>       **Plaintiff,** )<br>   **v.** )<br>                      )<br><br>**UNITED STATES OF AMERICA,** *et al.***,** )<br><br>       **Defendants.** ) | **Civil Action No. 08-0449 (RCL)** |

## ORDER

UPON CONSIDERATION of the Joint Motion of Plaintiff Eloise T. Wormley and Defendants United States of America, Harry Lappin, Randal White, Devon Brown, Sean MacLeod, Donna Scott, and David Baldwin (collectively, "Federal Defendants"), it is hereby

ORDERED that the Joint Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including September 19, 2008, to file an opposition to Federal Defendants' Motion to Dismiss.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on September 5, 2008.