**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

ELOISE T. WORMLEY,                          )
                                            )
              Plaintiff,                    )
v.                                          )          Civil Action No.  08-00449 (RCL)
                                            )
THE UNITED STATES OF AMERICA                )
DEPARTMENT OF JUSTICE, *et al.*,            )
                                            )
              Defendants.                   )
_____ )

**<u>NOTICE OF APPEARANCE</u>**

The Clerk will kindly note the appearance of Assistant Attorney General Keith D.

Parsons as counsel for Defendant District of Columbia, Defendant Devon Brown, and

Defendants John or Jane Does 11-20, Unnamed Officers and Employees of the District of

Columbia Department of Corrections, in the above-captioned matter.

DATE:  November 30, 2011

Respectfully submitted,

IRVIN B. NATHAN
Attorney General
District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division

GRACE GRAHAM
Section Chief, Equity

   /s/ Keith D. Parsons          
Keith D. Parsons [Bar No. Pending[1]]
Assistant Attorney General
Public Interest Division, Equity Section I
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 727-6247
(202) 741-8935 (fax)
keith.parsons@dc.gov

*Counsel for Defendants*

---

[1]     District of Columbia Bar application pending.  Member of the Virginia Bar in good standing.  Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Local Civil Rule 83.2(f) of the Local Civil Rules of the United States District Court for the District of Columbia.  In accordance with Local Civil Rule 83.2(j), I certify that I am personally familiar with the Local Civil Rules of this Court and the materials set forth in Local Civil Rule 83.3(b).

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 30th day of November, 2011, a true copy of the foregoing was filed using the Court's electronic filing system, thereby electronically serving copies on all counsel of record.

 /s/ Keith D. Parsons_____
Keith D. Parsons
Assistant Attorney General